# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Andrew Jamerson**<br>DOB: 1997; United States Citizen<br>**Israel Luis Martinez**<br>DOB: 1997; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**21-05873MJ** |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 22, 2021, in the District of Arizona, Andrew Jamerson and Israel Luis Martinez knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: ten SGM Tactical SHK 9mm 17-round firearm magazines, ten Beretta 92FS CX4 9mm 30-round firearm magazines, and ten Magpul 5.56x40mm 30-round AR/M4 Gen M2 MOE firearm magazines; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 22, 2021, Andrew JAMERSON and Israel Luis MARTINEZ attempted to exit the United States and enter the Republic of Mexico through the pedestrian lane of the Port of Entry in Nogales, Arizona. During an outbound inspection, Customs and Border Protection officers found nine firearm magazines (four SGM Tactical SHK 9mm 17-round and five Beretta 92FS CX4 9mm 30-round) concealed in JAMERSON's waistband and pockets. Officers also found twenty-one firearm magazines (six SGM Tactical SHK 9mm 17-round, five Beretta 92FS CX4 9mm 30-round, and ten Magpul 5.56x40mm 30-round AR/M4 Gen M2 MOE) concealed in MARTINEZ's waistband and lower pant/ankle area.

The thirty high-capacity firearm magazines that JAMERSON and MARTINEZ attempted to smuggle into Mexico qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. Neither JAMERSON nor MARTINEZ had a license or any other lawful authority to export these items from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>ANGELA WOOLRIDGE  *Digitally signed by ANGELA WOOLRIDGE Date: 2021.06.22 11:33:44 -07'00'*<br>AUTHORIZED AUSA *Angela W. Woolridge*<br><br>Sworn by telephone __x__ | SIGNATURE OF COMPLAINANT<br>JAWAN C LITTLE  *Digitally signed by JAWAN C LITTLE Date: 2021.06.22 11:13:41 -07'00'*<br>OFFICIAL TITLE<br>HSI Special Agent Jawan Little |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1)]  *Lynnette C. Kimmins* | DATE<br>June 22, 2021 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54